# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00170-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JUSTIN PALMER,
    a/k/a "J-Bird,"

      Defendant.

## MINUTE ORDER[1]

On Friday, **June 26, 2009**, commencing at 10:00 a.m., the court shall conduct a supervised release violation hearing in the above-captioned matter. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: May 14, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.