# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00170-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JUSTIN PALMER,
     a/k/a "J-Bird,"

     Defendant.

## MINUTE ORDER[1]

     On **July 30, 2010**, commencing at 8:30 a.m., the court shall conduct a revocation of supervised release hearing. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

     Dated: June 21, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.