IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00170-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JUSTIN PALMER,
      a/k/a "J-Bird,"

      Defendant.

## MINUTE ORDER[1]

      The matter is before the court on the defendant's **Notice of Contested Hearing** [#40] filed July 28, 2010. Based on the information that the supervised release hearing set for July 30, 2010, may take more than 30 minutes, the court has concluded that the hearing should be vacated and continued pending further order of court.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the supervised release violation hearing set for July 30, 2010, is **VACATED** and is **CONTINUED** pending further order of court;

      2. That on **August 2, 2010**, at 10:30 a.m., the court shall conduct a telephonic setting conference to reset the supervised release violation hearing; and

      3. That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: July 28, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.