**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00170-REB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1.  JUSTIN PALMER,
     a/k/a "J-Bird,"

    Defendant.

## MINUTE ORDER[1]

On August 2, 2010, the court conducted a telephonic setting conference to reset the supervised release violation hearing. After conferring with the parties, and with their consent

**IT IS ORDERED** that on **December 17, 2010**, commencing at 1:30 p.m., the court shall conduct a supervised release violation hearing. The court reserving one (1) hour for this hearing.

Dated: August 2, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.