**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 08-cr-00170-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUSTIN PALMER,

        Defendant.

**ORDER QUASHING WARRANT AND CONTINUING SUPERVISION**

**THIS MATTER** comes to the attention of the Court upon request of the probation officer to dismiss supervised release proceedings in this case. The Court, having been advised of the facts and premises of the above case, hereby

**ORDERS** that the petition for violation of supervised release, dated the 19th day of February, 2010, is hereby dismissed and the warrant is quashed. It is

**FURTHER ORDERED** that the defendant is continued on supervision under the same terms and conditions. The Court

**FURTHER ORDERS** that the supervised release violation hearing scheduled for December 17, 2010, is **VACATED**

DATED at Denver, Colorado, this 24th day of November, 2010.

        BY THE COURT:

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge